**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ORION CORPORATION** )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>**WOCKHARDT USA, INC. a/k/a** )<br>**WOCKHARDT USA, LLC and** )<br>**WOCKHARDT LIMITED,** )<br>)<br>Defendants/ Counterclaim Plaintiffs. )<br>) | C.A. No. 08-917 GMS LPS |

**JUDGMENT ON CONSENT**

Plaintiffs Orion Corporation (hereinafter "Orion") and Defendants Wockhardt USA, Inc, a/k/a Wockhardt USA LLC and Wockhardt Limited (hereinafter collectively "Wockhardt"), have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a confidential Settlement Agreement.  Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment in this action as follows:

It is HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the parties.

2. With respect to Count IV of the Complaint herein, seeking a declaratory judgment of infringement under 35 U.S.C. § 271 (a), (b), and/or (c), Wockhardt admits for itself and its Affiliates (as defined in the Settlement Agreement) that claim 3 of U.S. Patent No. 5,446,194 (the "Asserted Claim of the '194 Patent") would be infringed by use, importation, offer for sale, or sale of the entacapone/levodopa/carbidopa product described in Wockhardt's Abbreviated New Drug Application No. ANDA No. 90-786 (the "Wockhardt ANDA Product"), except as provided in the Settlement Agreement.

3. Wockhardt further admits for itself and its Affiliates (as defined in the Settlement Agreement) that the Asserted Claim of the '194 Patent is valid and

-2-

enforceable as to the Wockhardt ANDA Product and any product only colorably different therefrom.

4.   Wockhardt further admits for itself and its Affiliates (as defined in the Settlement Agreement) that U.S. Patents Nos. 6,599,530; 6,797,732; and 6,500,867 are valid and enforceable as to the Wockhardt ANDA Product and any product only colorably different therefrom.

5.   Nothing in this judgment shall preclude the Food and Drug Administration from approving the Wockhardt's Abbreviated New Drug Application No. ANDA No. 90-786.

6.   Counts I, II, III, V, VI, and VII of the Complaint herein are dismissed without prejudice and without costs.

7.   Counts I, II, III, IV, V, VI, VII, and VIII of the Counterclaims herein are dismissed without prejudice and without costs.

8.   This Court retains jurisdiction to enforce or supervise performance under this Judgment on Consent and the Settlement Agreement.

9.   Each party will bear its own costs and attorneys' fees.


Dated:  April 30, 2009

-3-

| | |
|---|---|
| */s/ Mary B. Matterer* | */s/ Philip A. Rovner* |
| Approved as to form: | Approved as to form: |
| | |
| Richard K. Herrmann #405 | Philip A. Rovner #3215 |
| Mary B. Matterer #2696 | POTTER ANDERSON & CORROON LLP |
| MORRIS JAMES LLP | 1313 North Market Street |
| 500 Delaware Avenue, Suite 1500 | Wilmington, DE  19801 |
| Wilmington, DE  19801 | (302) 984-6000 |
| (302) 888-6800 | provner@potteranderson.com |
| mmatterer@morrisjames.com | |
| | Andrew M. Berdon |
| Charles E. Lipsey (302) 571-6600 | Robert B. Wilson |
| FINNEGAN, HENDERSON, | Anastasia M. Fernands |
| FARABOW, | James E. Baker |
| GARRETT & DUNNER, LLP | QUINN EMANUEL URQUHART OLIVER & |
| Two Freedom Square | HEDGES, LLP |
| 11955 Freedom Drive | 51 Madison Avenue, 22nd Floor |
| Reston, VA  20190-5675 599 | New York, NY  10010 |
| (571) 203-2700 | (212) 849-7000 |
| | |
| Susan H. Griffen | *Attorneys for Defendants Wockhardt USA,* |
| Bryan C. Diner | *Inc. a/k/a Wockhardt USA, LLC and* |
| FINNEGAN, HENDERSON, | *Wockhardt Limited* |
| FARAB OW, | |
| GARRETT & DUNNER, LLP | |
| 901 New York Avenue, N.W. | |
| Washington, D.C.  20001-4413 | |
| (202) 408-4000 | |

*Attorneys for Plaintiff Orion Corporation*

  **SO ORDERED** this day of _____, 2009.


_____
    United States District Judge